IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DALE A. THOMAS,                          :
                                         :
                    Plaintiff,           :            CIVIL ACTION NO. 16-2161
                                         :
        v.                               :
                                         :
DISTRICT ATTORNEY JOHN                   :
MORGANELLI and DETECTIVE                 :
FRANCIS JORDAN,                          :
                                         :
                    Defendants.          :

## ORDER

**AND NOW**, this 7th day of December, 2016, after considering the motion of the defendants, District Attorney John Morganelli and Detective Francis Jordan, to dismiss the complaint (Doc. No. 7), the plaintiff's response in opposition (Doc. No. 12), and the parties' arguments before the court on November 10, 2016; and after reviewing the complaint (Doc. No. 3); and for the reasons stated in the separately-filed memorandum opinion; accordingly, it is hereby **ORDERED** that the motion to dismiss (Doc. No. 7) is **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE**.  The clerk of court shall mark this case **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.